... MCCRAW.
..... GENERAL
... SES.
... ASSISTANT
... DAMN.
... ENFORCEMENT
... 419
... TPS.
... CLERK
... MENTS
... BOULDIN
... HURST
... JOHN
... CHANDLER
... COX
... DAVIS
... 116
... NORTH
... HILL
... GREEN HILL

W. J. (DICK) HOLT
C. M. KENNEDY
LEONARD KING
LETCHER KING
GEORGE P. KIRKPATRICK
SAM LANE
ROBERT W. McKISSICK
WILLIAM McMILLAN
M. C. MARTIN
T. F. (TED) MORROW
LEON O. MOSES
PAT M. NEFF. JR.
HARRY B. POLLARD
W. B. POPE
RUSSELL RENTFRO
TOM D. ROWELL
ALFRED M. SCOTT
JOE SHARP
DICK STOUT
EARL STREET
MARVIN TREVATHAN
FRED C. VARNER, JR.
EFFIE WILSON-WALDRON
CHARLES B. WALKER



## OFFICE OF THE ATTORNEY GENERAL

### AUSTIN

January 13, 1939

Mr. Guy Turner
County Auditor
Denton, Texas

Dear Mr. Turner:

      Opinion No. O-86
      Re: Authority of commissioners'
        court to purchase office
        equipment for county school
        superintendent out of the
        general fund.

    Your request for an opinion on the following question:

    "Has the commissioners' court the authority to purchase an adding machine or typewriter to be used by the county school superintendent and pay for the same out of the general fund?"

has been received by this office.

    Article 3899b, as amended, Revised Civil Statutes of 1925, vest in the commissioners' court the authority to purchase typewriters for the use and benefit of the county clerk and further provides that such typewriter and other such furniture shall be paid for on the order of the commissioners' court out of the <u>county treasury</u>. No provision is made that it may be paid out of the fees of office and this being the only article permitting the commissioners' court to handle office furniture, it is the opinion of the writer that it is exclusive and the only method by which typewriters may be purchased. Upon pursuing Article 3899b further, we find that all such articles provided for therein must be purchased under the provisions of Article 1659, Re-

vised Civil Statutes of Texas, 1925.

Section 2 of Article 3899b provides:

"Suitable offices and stationery and blanks necessary in the performance of their duties may in the discretion of the Commissioners Court also be furnished to resident District Judge, resident District and County Attorneys, County Superintendents and County Surveyors, and may be paid for on order of the Commissioners Court out of the County Treasury."

In the absence of statutory authority, you are respectfully advised that the commissioners' court has no authority to purchase an adding machine or typewriter for the use of the county school superintendent and pay for the same out of the general fund.

Trusting that the foregoing answers your inquiry, I remain

Very truly yours

ATTORNEY GENERAL OF TEXAS

By _____
Assistant

AW:AW

APPROVED:

_____
ATTORNEY GENERAL OF TEXAS